UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| JEAN SAINTILLIEN, individually, and on behalf of others similarly situated, Plaintiff, -against- PROPARK AMERICA NEW YORK, LLC, PROPARK, LLC, PROPARK EXECUTIVE MANAGEMENT COMPANY, LLC, Defendants. | : | Case No. **NOTICE OF REMOVAL** |

Defendants, by their attorneys Lewis Brisbois Bisgaard & Smith LLP, submit as follows:

1. On August 31, 2026, Plaintiff e-filed the Summons and Complaint in the above-entitled action (Exhibit A hereto), pending in the Supreme Court of New York, Kings County (Index No. 533099/2026), and purporting to give notice of the nature of the claims for relief upon which the action is based.

2. Defendants have not filed an answer or other responsive pleading in the pending action in the Supreme Court, and the time for them to do so has not yet run. Service on Defendants Propark America New York LLC and Pro Park LLC was deemed complete as of September 4, 2026. Defendant Propark Executive Management Company LLC has not yet been served with process.

3. Defendants hereby remove this action because the allegations involve a federal question over which the Court has original subject-matter jurisdiction and based on diversity pursuant to 28 U.S.C. § 1441.

4. Plaintiff alleges damages on behalf of a putative collective under the Fair Labor Standards Act, 29 U.S.C. § 216(b) and a putative class under NY CPLR § 901 (Complaint ¶¶ 34-58). Upon information and belief, the damages arising from Plaintiff, the putative collective, and class, if proven, will exceed $75,000.

5. Plaintiff brings allegations under the Fair Labor Standards Act, 29 U.S.C. § 216(b), (Complaint ¶¶ 34-41) over which the Court has subject-matter jurisdiction.

6. Defendant Propark America New York, LLC is a limited liability company organized under Connecticut law with its principal place of business in Hartford, Connecticut.

7. Defendant Propark, LLC is a limited liability company organized under Connecticut law with its principal place of business in Hartford, Connecticut.

8. Defendant Propark Executive Management Company, LLC is a limited liability company organized under Connecticut law with its principal place of business in Hartford, Connecticut.

9. Plaintiff alleges he is a resident of the State of New York, County of Kings (Complaint ¶ 8).

10. Plaintiff alleges the amount in controversy exceed the minimal jurisdiction of the Supreme Court of New York and will be established according to proof of trial (Complaint ¶ 29).

11. Defendants will promptly file a copy of this Notice of Removal with the Clerk of the Supreme Court, Kings County, in which the action had been pending, once the New York County Clerk permits non-emergency filings.

WHEREFORE, Defendants respectfully requests that the above-captioned action be removed from the Supreme Court of New York, Kings County, to the United States District Court, Eastern District of New York.

Dated: New York, New York
October 5, 2026

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

By: /s/ Dong Phuong V. Nguyen
Dong Phuong V. Nguyen, Esq.
*Attorneys for Defendants*
140 Broadway , Suite 3100
New York, New York 10005
(212) 232-1300
Phuong.Nguyen@lewisbrisbois.com

## CERTIFICATE OF SERVICE

Dong Phuong V. Nguyen, an attorney duly admitted to practice before this Court, certifies that on October 5, 2026, she caused the Notice of Removal to be filed by ECF and served by first class mail upon the attorneys of record for plaintiff.

/s/ Dong Phuong V. Nguyen
Dong Phuong V. Nguyen